FILED

2020 JUN 17 PM 2: 49

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BE Labs Inc., <br><br> Plaintiff, <br><br> v. <br><br> SonicWall Inc., <br><br> Defendant. | Case No. 1:20-cv-00115-LY <br><br> Patent Case <br><br> Jury Trial Demanded |

### ORDER ON PLAINTIFF'S NOTICE OF DISMISSAL

This matter is before the Court on Plaintiff BE Labs, Inc.'s, Notice of Dismissal **with prejudice**. Each party shall bear its own costs, expenses, and attorneys' fees. Being so advised, the Court hereby finds that the request should be GRANTED. It is, therefore,

ORDERED that this matter be dismissed **with prejudice.**

SO ORDERED June 17, 2020

_____
UNITED STATES DISTRICT COURT
Judge Lee Yeakel