IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2020 JUN 17 PM 2:49
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
     DEPUTY

| | |
|---|---|
| BE LABS, INC., <br>     PLAINTIFF, <br><br> V. <br><br> SONICWALL INC., <br>     DEFENDANT. | § § § § § § § § § <br><br> CIVIL NO. A-20-CV-00115-LY |

## ORDER CLOSING CASE

Before the court is the above styled and numbered action. On June 16, 2020, Plaintiff BE Labs Inc. filed Plaintiff's Notice of Dismissal With Prejudice (Clerk's Document # 16) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The notice provides that each side shall bear its own costs and attorney's fees.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _17th_ day of June, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE